UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR.　　　　　　　　　)<br>R 11324-045　　　　　　　　　　　　　　)<br>RIVERS CORRECTIONAL INSTITUTION )<br>145 Parkers Fishery Road　　　　　　　　)<br>P. O. Box 630　　　　　　　　　　　　　 )<br>Winton, NC 27986　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　 )<br>ALBERTO R. GONZALES, U.S.　　　　　　)<br>ATTORNEY GENERAL, in his Individual　 )<br>and Official Capacity　　　　　　　　　　 )<br>U.S. ATTORNEY GENERAL　　　　　　　)<br>DEPARTMENT OF JUSTICE　　　　　　　 )<br>Constitution Ave. & 10th St., NW　　　　　)<br>Washington, D.C. 20530　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　 )<br>HARLEY LAPPIN, DIRECTOR OF BUREAU )<br>OF PRISONS, in his Individual and Official )<br>Capacity　　　　　　　　　　　　　　　 )<br>FEDERAL BUREAU OF PRISONS　　　　　)<br>320 First Street, NW　　　　　　　　　　 )<br>Washington, D.C. 20534　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　 )<br>FRANCIS J. HARVEY, SECRETARY OF THE )<br>ARMY, in his Individual and Official Capacity )<br>SECRETARY OF THE UNITED STATES ARMY )<br>DEPARTMENT OF DEFENSE THE PENTAGON )<br>Washington, D.C. 20301　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　 )<br>　　　　　Defendants.　　　　　　　　　 )<br>_____) | Civil Action No. 07-0199 (JR)<br>Electronic Case Filing |

NOTICE OF ENTRY OF ATTORNEY APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the United States Department of Justice, Federal Bureau of Prisons, and Department of Defense, Defendants in the above-captioned civil action.

Respectfully submitted,

_____/ s /_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April , 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

BOBBY RAY CURRY, JR.
R #11324-045
RIVERS CORRECTIONAL INSTITUTION
145 Parkers Fishery Road
P. O. Box 630
Winton, NC 27986

/ s /
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530