UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR. )<br>)<br>Plaintiff )<br>)<br>)  Civil Action No. 07-0199 (JR)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Department of Justice, Federal Bureau of Prisons, Department of Defense, Alberto Gonzales, Harley Lappin, and Francis J. Harvey, in their official capacity only, respectfully move for an enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1]  Defendants' response is currently due on April 30, 2007.  Defendants request an enlargement of time until May 30, 2007, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this action against the Department of Justice, the Bureau of Prisons, Department of Defense and the above named individuals in their official and individual capacities.  Plaintiff has not completed proper service on the defendants in their individual capacities at this time.

Because it is a Bivens action, the individual federal defendants sued in their personal capacity, have the opportunity to request legal representation by the Department of Justice ("DOJ"),

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.

The process begins, however, with a request from the federal employees and their respective agency. Defendants have started, but have not completed, the process of requesting DOJ representation from the Torts Branch. Accordingly, this Office cannot yet represent the defendants in their individual capacities once they are properly served.

Because the defenses of the individual federal defendants in their individual and official capacities will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

                                                          Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

**BOBBY RAY CURRY, JR**
CI RIVERS
P.O. Box 630
Winton, NC 27986-0630
Register No. 11324-045

on this 25th day of April, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BOBBY RAY CURRY, JR.                )
                                    )
            Plaintiff               )
                                    )
                                    ) Civil Action No. 07-0199 (JR)
        v.                          )
                                    )
DEPARTMENT OF JUSTICE, et al.       )
                                    )
            Defendants.             )
_____ )

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this

____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before May 30, 2007.

_____
UNITED STATES DISTRICT JUDGE