UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBBY RAY CURRY, JR.    )
                        )
        Plaintiff       )
                        )
v.                      )
                        )   Civil Action No. 07-0199(JR)
Alberto Gonzales, et al.)
                        )
        Defendants.     )
                        )

RECEIVED
MAY 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION TO COMPLETE PROPER SERVICE
ON THE DEFENDANTS IN THEIR INDIVIDUAL CAPACITIES

Plaintiff, Bobby Ray Curry, Jr., was not provided the proper summons form by the clerk of court, therefore the plaintiff requests this court direct that service be effected by a United States marshal, deputy United States marshal, or other person or Officer specially appointed by the court for that purpose. Such an appointment must be made when the plaintiff is authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

According to defendants' Motion to Enlargement Time to File Answer or Otherwise Respond to Complaint dated on the 25th day of April, 2007; the defendants have been served in their official capacity only.

Respectfully submitted,

BOBBY RAY CURRY, JR.
CI RIVERS
P.O. Box 630
Winton, NC 27986
Register No. 11324-045

## CERTIFICATE OF SERVICE

I certify I caused copy of the foregoing Plaintiff's Motion to Complete Proper Service on the Defendants in their Individual Capacities served by first class mail upon defendants attorney at:

>   QUAN K. LUONG
>   Special Assistant United States Attorney
>   555 Fourth Street, N.W., Room E-4417
>   Washington, D.C. 20530
>   (202) 514-9150 (telephone)
>   (202) 514-8780 (facsimile)

on this 3rd day of May, 2007.

*[signature]*
BOBBY RAY CURRY, JR.
Pro Se