UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BOBBY RAY CURRY, JR.            )
                                )
         Plaintiff              )
                                )
    v.                          ) Civil Action No. 07-0199 (JR)
                                )
ALBERTO GONZALES, et al.        )
                                )
         Defendants.            )
_____)

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Bobby Ray Curry, Jr., pursuant to Rule 15(a) Federal Rules of Civil Procedures, requests leave to file an amended complaint adding compensatory damages.

1. The plaintiff in his original complaint did not request compensatory damages as a prayer for relief.

2. Since the filing of the complaint the plaintiff has determined that he can state a cause of action under the Eighth Amendment for present injuries as well as future damage resulting from exposure to ETS. *Helling*, 509 U.S. at 33, 113 S.Ct. 2475.

3. Since the filing of the complaint the plaintiff has determined that he can state a cause of action under § 1983 which allows plaintiffs to recover for all injuries recognized in the common law of torts: e.g. physical injury, mental anguish and emotional distress, harm to reputation, economic loss, fear, anxiety, humiliation. See *Carey v. Piphus*, 435 U.S. 247 (1978).

4. WHEREFORE, plaintiff respectfully prays that this court enter

judgment granting compensatory damages of $1500.00 per day for each civil rights violation beginning June 29, 2005 until this case is settled for past and future suffering.

5. The Court should grant leave freely to amend a complaint. <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962).

Date: *May 7, 2007*

Respectfully submitted,

*Bobby Ray Curry Jr.*
BOBBY RAY CURRY, JR.
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986
Register No. 11324-045

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Motion for Leave to File an Amended Complaint served by first class mail upon defendants' attorney at:

> QUAN K. LUONG
> Special Assistant United States Attorney
> 555 Fourth Street, N.W., Room E-4417
> Washington, D.C. 20530
> (202) 514-9150 (Telephone)
> (202) 514-8780 (facsimile)

on this 7th day of May, 2007.

                                                        */s/ Bobby Ray Curry, Jr.*
                                                        BOBBY RAY CURRY, JR.
                                                        Pro Se