UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 07-199 (JR) |
| : | |
| ALBERTO R. GONZALES *et al.*, : | |
| : | |
| Defendants. : | |

ORDER

Plaintiff moves separately for the court officers to effect personal service upon defendants and for leave to amend the complaint. Since defendants have not filed a responsive pleading, the amended complaint is deemed filed. *See* Fed. R. Civ. P. 15(a). Plaintiff has not provided addresses for attempting personal service on the named defendants nor has he alleged a basis for their individual liability. *See Cameron v. Thornburgh*, 983 F.2d 253, 258 (D.C. Cir. 1993) (requiring the defendant's direct involvement in the alleged misconduct). Accordingly, it is

**ORDERED** that plaintiff's motion for service of process upon the defendants in their individual capacity [Dkt. No. 12] is **DENIED**; and it is

**FURTHER ORDERED** that plaintiff's motion to amend the complaint [Dkt. No. 13] is **DENIED** as moot. Defendants have until May 30, 2007 to respond to the original and amended complaint.

JAMES ROBERTSON
United States District Judge