UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR. )<br>)<br>Plaintiff )<br>)<br>) Civil Action No. 07-0199 (JR)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Department of Justice, Federal Bureau of Prisons (BOP), Department of Defense (DOD), Alberto Gonzales, Harley Lappin, and Francis J. Harvey, in their official capacity only, respectfully move for a second enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1] Defendants' response is currently due on May 30, 2007. Defendants request an enlargement of time until June 29, 2007, to file an answer or otherwise respond to the complaint.

Defendants make this request for the following reasons: (1) Agency counsel for BOP and DOD are still in the process of collecting information necessary to respond to this complaint; (2) BOP Agency counsel has recently experienced medical issues and was out of the office all last week; (3) due to her medical issues and her week long absence, BOP Agency counsel has a number of personal and work matters that require immediate attention and does not anticipate being able to timely provide the undersigned with the necessary information and assistance to respond to the

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

complaint by May 30, 2007; and (4) the individual defendants have not yet completed the process of requesting DOJ representation from the Torts Branch.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

**BOBBY RAY CURRY, JR**
CI RIVERS
P.O. Box 630
Winton, NC 27986-0630
Register No. 11324-045

on this 23rd day of May, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BOBBY RAY CURRY, JR. | ) |
|  | ) |
| Plaintiff | ) |
|  | ) Civil Action No. 07-0199 (JR) |
| v. | ) |
|  | ) |
| DEPARTMENT OF JUSTICE, et al. | ) |
|  | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of the Defendants' Second Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that all Defendants shall file an answer or dispositive motion on or before June 29, 2007.

_____
UNITED STATES DISTRICT JUDGE