UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR. ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 07-0199 (JR) |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' THIRD MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Department of Justice (DOJ), Federal Bureau of Prisons (BOP), Department of Defense (DOD), Alberto Gonzales, Harley Lappin, and Francis J. Harvey, in their official capacity only, respectfully move for a brief enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1]  Defendants' response is currently due on June 29, 2007.  Defendants request a brief enlargement of time until July 13, 2007 to file an answer or otherwise respond to the complaint. Defendant anticipates filing a dispositive motion in this case and does not anticipate filing any additional extensions.

Defendants make this request for the following reasons:  (1) due to the press of other work and some continuing medical difficulties, Agency counsel for BOP is still procuring information necessary to respond to this complaint; (2) Agency counsel anticipates receiving the necessary information within the week or so; (3) the undersigned Special Assistant United States

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Attorney is flying out of town and will be in Atlanta, GA all day on Friday, June 29, 2007 for a court-order settlement conference in a matter before the Northern District of Georgia.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Third Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

> **BOBBY RAY CURRY, JR**
> CI RIVERS
> P.O. Box 630
> Winton, NC 27986-0630
> Register No. 11324-045

on this 28th day of June, 2007.

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBBY RAY CURRY, JR.

    Plaintiff

v.

DEPARTMENT OF JUSTICE, et al.

    Defendants.

Civil Action No. 07-0199 (JR)

**ORDER**

UPON CONSIDERATION of the Defendants' Third Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that all Defendants shall file an answer or dispositive motion on or before July 13, 2007.

_____
UNITED STATES DISTRICT JUDGE