UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBBY RAY CURRY, JR.            )
                                )
        Plaintiff               )
                                )
    v.                          )   Civil Action No. 07-0199(JR)
                                )
DEPARTMENT OF JUSTICE, et al.,  )
                                )
        Defendants.             )
_____)

**RECEIVED**
**JUL  9 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION OBJECTING TO DEFENDANT'S THIRD MOTION TO ENLARGE TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Plaintiff, Bobby Ray Curry, Jr., respectfully move for this court to deny defendant's third motion to enlarge time to file answer or otherwise respond to complaint.

Plaintiff make this request for the following reasons: (1) Defendants had more than enough time to respond to complaint to include being granted two (2) motion of enlargement of time giving them an additional sixty (60) days to respond; (2) Defendants have a number of resources available to them to include a number of lawyers, computers, telephones, fax machines, etc; (3) This situation is urgent because of the continuous exposure of poisonous toxins and chemicals from second-hand smoke; (4) The situation is urgent because the defendants continue to deny plaintiff a religion based diet.

WHEREFORE, plaintiff respectfully prays that this court enter judgment denying defendant's third motion to enlarge time.

Respectfully submitted,

*[signature]*
BOBBY RAY CURRY, JR., PRO SE

Date: 3 July 07

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>3rd</u> day of July, 2007, a true and correct copy of the foregoing Motion Objecting to Defendant's Third Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint was served by first class United States mail, postage prepaid marked for delivery to:

>Quan K. Luong
>Special Assistant United States Attorney
>United States Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W., Room E4417
>Washington, D.C. 20530

*[signature]*
BOBBY RAY CURRY, JR.