UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR. )<br>)<br>  Plaintiff )<br>)<br>  v. )<br>)<br>DEPARTMENT OF JUSTICE, et al. )<br>)<br>  Defendants. )<br>) | Civil Action No. 07-0199 (JR) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE REPLY**

Defendants Department of Justice, Federal Bureau of Prisons, Department of Defense, Alberto Gonzales, Harley Lappin, and Francis J. Harvey, in their official capacity only, respectfully move for a brief enlargement of time to file its reply to plaintiff's opposition to defendant's motion to dismiss pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure. Defendants' reply is currently due on August 6, 2007. Defendants request a brief, seven-day enlargement of time until August 13, 2007 to file its reply.

Defendants make this request for the following reasons: (1) the undersigned counsel has been preparing dispositive motions in cases before the District Court and the Court of Appeals (i.e. respectively, Thornberry v. BOP, civil action no. 07-0811 and Boyd v. Lappin, C.A. No 06-1956) that are also due on this same date and (2) due to the unavailability of assigned Agency counsel, the undersigned counsel has not been able to discuss and coordinate its reply with the Agency counsel.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and

the undersigned have not made efforts to contact him regarding this motion.[1]

                                            Respectfully submitted,

\_\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Reply to be served by first class mail upon *pro se* plaintiff at:

    **BOBBY RAY CURRY, JR**
    CI RIVERS
    P.O. Box 630
    Winton, NC 27986-0630
    Register No. 11324-045

on this 6th day of August, 2007.

                                        _____/s/_____
                                        QUAN K. LUONG
                                        Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
BOBBY RAY CURRY, JR.                )
                                    )
    Plaintiff                       )
                                    )
                                    ) Civil Action No. 07-0199 (JR)
    v.                              )
                                    )
DEPARTMENT OF JUSTICE, et al.       )
                                    )
    Defendants.                     )
_____ )

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to File Reply, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that all Defendants shall file a reply on or before August 13, 2007.

                                                                    _____
                                                                      UNITED STATES DISTRICT JUDGE