FILED
AUG 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBBY RAY CURRY, JR. )
)
Plaintiff )
)
) Civil Action No. 07-0199 (JR)
v. )
)
DEPARTMENT OF JUSTICE, et al. )
)
Defendants. )

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to File Reply, the grounds stated therefor and the entire record in this matter, it is by the Court this 7th day of Aug, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that all Defendants shall file a reply on or before August 13, 2007.

_____
JAMES ROBERTSON
United States District Judge