August 16, 2007

RECEIVED
AUG 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of Court
U.S. District Court for D.C.
333 Constitution Ave., NW
Washington, DC 20001

Subject: Transfer ( Civil Action No. 07-0199 (JR))

Dear Clerk:

Please be advised that I am being transfer from Rivers Correctional Institution in Winton, North Carolina and as of today, all mail to this address should stop. I do not know how long I will be in transit and I will forward you my new address once I have arrived at my new destination.

Thank you for your time and attention in this matter.

Respectfully submitted,

*[signature: Bobby Ray Curry Jr.]*
BOBBY RAY CURRY, JR.
CI Rivers
P.O. Box 630
Winton, NC 27986
Register No. 11324-045