UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOBBY RAY CURRY, JR. | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 07-0199(JR) |
| ALBERTO GONZALES, et al. | ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LEAVE TO SUPPLEMENT PLAINTIFF'S
MOTION TO STRIKE DEFENDANTS' MOTION TO
DISMISS COMPLAINT, OR IN ALTERNATIVE, TO TRANSFER VENUE**

Plaintiff Bobby Ray Curry, Jr., pursuant to Rule 15(d) Federal Rules of Civil Procedures, requests leave to supplement Motion to Strike Defendants' motion to Dismiss Complaint, or in Alternative, to Transfer Venue adding the following information.

1. Title 18 U.S.C.A. § 4001, <u>Placement of Prisoners in Privately Operated Prisons</u>, provides:

> Pub.L. 106-553, § 1(a)(2) [Title I, § 114, formerly § 115], Dec. 21, 2000, 114 Stat. 2762, 2762A-68; renumbered § 114, Pub.L. 106-554, § 1(a)(4) [Div. A, § 213(a)(2)], Dec. 21, 2000, 114 Stat. 2763, 2763A-179, provided that: "Beginning in fiscal year 2001 and thereafter, funds appropriated to the Federal Prison System may be used to place in privately operated prisons only such persons sentenced to incarceration under the District of Columbia Code as the Director, Bureau of Prisons, may determine to be appropriate for such placement consistent with Federal classification standards, after consideration of all relevant factors, including the threat of danger to public safety."

2. Although Title 10 U.S.C. § 858 provides that a sentence of confinement adjudged by a court-martial may be carried into execution by confinement in any place of confinement under the

control of any of the armed forces or in any penal or correctional institution under the control of the United States, or which the United States may be allowed to use. **This does not include privately operated prisons according to Title 18 U.S.C.A. § 4001, <u>Placement of Prisoners in Privately Operated Prisons</u>.**

3. The plaintiff was not sentenced to incarceration under the District of Columbia Code and the defendants should not have housed plaintiff at Rivers, a privately operated prison.

4. WHEREFORE, plaintiff respectfully prays that this court enter judgment granting this motion and prayer of relief requested in complaint.

                                          Respectfully submitted,

Date: 9 August 2007

                                          *Bobby Ray Curry, Jr.*
                                          BOBBY RAY CURRY, JR.
                                          CI Rivers
                                          P.O. Box 630
                                          Winton, N.C. 27986
                                          Register No. 11324-045

2

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Motion for Leave to Supplement Motion to Strike Defendants' Motion to Dismiss Complaint, or in Alternative, to Transfer Venue served by first class mail upon defendants at:

>   Quan K. Luong
>   Special Assistant U.S. Attorney
>   555 Fourth Street, N.W., Room E-4417
>   Washington, D.C. 20530

on this 9th day of August, 2007.

*Bobby Ray Curry, Jr.*
BOBBY RAY CURRY, JR.
Pro Se