Clerk of Court
U.S. District Court for D.C.
333 Constitution Ave., NW
Washington, D.C. 20001

RE: Civil Action No. 07-0199 (JR)

Dear Clerk:

I am writing to inform you that my new address is:

    Bobby Curry
    11324-045 (B Unit)
    Federal Correctional Institution
    P.O. Box 1000
    Sandstone, MN 55072

Please forward all mail in reference to the above civil action to my new address. In addition, I would like for you to send me a docket sheet.

My personal property has not arrived yet, therefore I could not do a Certificate of Service on the Defendants, because I do not have the address. I respectfully request that the court inform the defendants' attorney of my change of address.

        Thank you,
        Bobby Curry
        11324-045 (B-Unit)
        FCI
        P.O. Box 1000