RECEIVED
SEP 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Columbia

## NOTICE OF CHANGE OF ADDRESS

| | | |
|---|---|---|
| Bobby Ray Curry, Jr. | § | IN THE CAUSE OF |
| # 11324-045 | § | |
| Petitioner/Plaintiff, | § | NUMBER # 07-0199(JR) |
| VS. | § | |
| Alberto R. Gonzales, et al. | § | NOTICE OF CHANGE OF ADDRESS |
| Defendant/Respondents. | § | |

**PLEASE TAKE NOTICE,** Bobby Ray Curry, Jr., hereby gives notice of his change of address

FROM: Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986

TO: Bobby Ray Curry, Jr., Register No. 11324-045 (B Unit), FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072

All correspondence henceforth should be addressed as described above.

Respectfully noticed this 10 day of Sept. 2007.

_Bobby Ray Curry, Jr._
Petitioner/Plaintiff

## Proof of Service

On this 10 day of 2007, I, served the following with a true copy of this notice of change of address by depositing same in the outgoing legal mail at FCI Sandstone, First Class Mail prepaid and addressed to:

1. Quan K. Luong, U.S. Attorney's Office, 501 Third St., NW, Washington, DC 20530

Dated: 10 Sept. 2007

_Bobby Ray Curry, Jr._
Petitioner/Plaintiff