IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BOBBY RAY CURRY, JR.          )
                              )
        Plaintiff,            )
                              )
    v.                        )  Civil Action No. 07-0199(JR)
                              )
ALBERTO GONZALEZ, et al.,     )
                              )
        Defendants.           )
_____)

RECEIVED
OCT 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DECLARATION OF BOBBY RAY CURRY, JR.

In accordance with 28 U.S.C. § 1746; I, Bobby Ray Curry, Jr., make the following declaration under the penalty of perjury, pertinent to the above-styled and numbered case.

1. August 20, 2007 - I was transferred from Rivers Correctional Institution and my destination was FCI Sandstone in Sandstone, Minnesota.

2. August 28, 2007 - I arrived at FCI Sandstone, a smoke-free environment.

3. I spoke with the chaplain at FCI Sandstone regarding my religion-based diet and after SENTRY verification, I started receiving kosher meals.

4. The defendants illegally housed me at Rivers Correctional Institution, a privately operated prison, in violation of Title 18 U.S.C.A. § 4001 where I was denied my religion-based diet and exposed to second-hand environmental tobacco smoke (ETS).

5. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 3rd day of October, 2007.

Respectfully submitted,

*Bobby Ray Curry, Jr.*
BOBBY RAY CURRY, JR.
Reg. No. 11324-045 (B-unit)
FCI Sandstone
P.O. Box 1000, Sandstone, MN 55072

## CERTIFICATE OF SERVICE

On this 3rd day of October, 2007, I served the following with a true copy of this Declaration by deposing same in the outgoing legal mail at FCI Sandstone, First Class Mail prepaid and addressed to:

>Quan K. Luong
>U.S. Attorney's Office
>501 Third Street, NW
>Washington, DC 20530

Dated: October 3, 2007

*Bobby Ray Curry, Jr.*
BOBBY RAY CURRY, JR.