UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BOBBY RAY CURRY, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-0199 (JR) |
| | : | |
| ALBERTO R. GONZALES *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that defendants' motion to dismiss [Dkt. No. 19] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's motion to strike the dispositive motion [Dkt. No. 21] is **DENIED** as baseless; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.


JAMES ROBERTSON
United States District Court