UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 07-0199(JR)

**RECEIVED**
NOV 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BOBBY RAY CURRY, JR., )
    Petitioner, )
)
v. )   NOTICE OF APPEAL
)
)   07-199 JR
ALBERTO R. GONZALEZ et al., )
    Defendants. )

NOTICE OF APPEAL TO THE COURT OF APPEALS
FROM AN ORDER OF THE DISTRICT COURT

    Notice is hereby given that Bobby Ray Curry, Jr., plaintiff in the above named case, hereby appeals to the U.S. Court of Appeals for the D.C. Circuit from an order that (1) the claim for injunctive relief is moot, (2) that Curry does not allege that the defendants, high-level officials, were personally and directly involved in the misdeeds; thus Curry fails to state a claim against them in their individual capacities and (3) the United States has not waived its immunity from a damages lawsuit based on constitutional torts entered in this action on the 6th day of November 2007.

15 November 2007

Respectfully submitted,

*Bobby Ray Curry Jr.*

Bobby Ray Curry, Jr.
11324-045
FCI Sandstone (B Unit)
P.O. Box 1000
Sandstone, MN 55072