# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5384**  September Term 2007
07cv00199

Filed On: April 14, 2008 [1110788]

Bobby Ray Curry, Jr.,

    Appellant

v.

Alberto R. Gonzales, in his individual and official capacity, et al.,

    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/4/08
BY: [signature]
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

### ORDER

By order filed February 4, 2008, appellant was directed to file certain submissions to the court, by March 5, 2008. The order was sent to appellant by warden letter. Appellant received and signed for the order on February 11, 2008. To date, appellant has not complied with the court's February 4, 2008 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by May 29, 2008.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:   /s/
        Elizabeth V. Scott
        Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk